UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF VIRGINIA
(ROANOKE DIVISION)

| | | |
|---|---|---|
| JEFFREY S. MEADOWS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| NORTHROP GRUMMAN INNOVATION SYSTEMS, INC., | ) ) | Case No. 7:19-cv-00394-MFU |
| | ) | |
| BAE SYSTEMS, INC., | ) | |
| | ) | |
| and | ) | |
| | ) | |
| BAE SYSTEMS ORDNANCE SYSTEMS, INC., | ) ) | |
| | ) | |
| Defendants. | ) | |

## DEFENDANT NORTHROP GRUMMAN INNOVATION SYSTEMS, INC.'S MOTION TO DISMISS COUNTS IV & V OF THE AMENDED COMPLAINT

Defendant Northrop Grumman Innovation Systems, Inc. ("NGIS"), by counsel, and pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure, moves to dismiss Counts IV & V of the Complaint for the reasons set forth in NGIS's supporting Memorandum filed contemporaneously herewith.

                                              Respectfully submitted,

                                              NORTHROP GRUMMAN INNOVATION SYSTEMS, INC.

                                              By: s/James K. Cowan, Jr.
                                                       Counsel

James K. Cowan, Jr. (VSB 37163)
Eric D. Chapman (VSB 86409)
CowanPerry PC
250 South Main Street, Suite 226
Blacksburg, Virginia 24060
Telephone: (540) 443-2850
Facsimile: (888) 755-1450
jcowan@cowanperry.com
echapman@cowanperry.com

*Counsel for Northrop Grumman Innovation Systems, Inc.*

CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and exact copy of the foregoing Motion to Dismiss was filed via ECF this 24th day of May, 2019:

John R. Thomas, Jr., Esq.
Healy Hafemann Magee LLC
11 Franklin Road, S.W.
P.O. Box 8877
Roanoke, Virginia 24014
jt@hhm.law

John P. Fishwick, Esq.
Monica L. Mroz, Esq.
Carrol M. Ching, Esq.
Daniel J. Martin, Esq.
Fishwick & Associates PLC
30 Franklin Road, Suite 700
Roanoke, Virginia 24011
john.fishwick@fishwickandassociates.com
monica.mroz@fishwickandassociates.com
carrol.ching@fishwickandassociates.com
daniel.martin@fishwickandassociates.com

*Counsel for Plaintiff, Jeffrey S. Meadows*


Thomas M. Winn, III, Esq. (VSB # 35758)
winn@woodsrogers.com
Joshua R. Treece, Esq. (VSB #79149)
jtreece@woodsrogers.com
WOODS ROGERS PLC
10 South Jefferson Street, Suite 1400
Roanoke, Virginia 24011
Telephone: (540) 983-7529
Facsimile: (540) 983-7711

*Counsel for Defendants BAE Systems, Inc.
and BAE Systems Ordnance Systems, Inc.*

James K. Cowan, Jr.