UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
(ROANOKE DIVISION)

| | |
|---|---|
| JEFFREY S. MEADOWS, | ) |
| Plaintiff, | ) |
| v. | ) |
| NORTHROP GRUMMAN INNOVATION SYSTEMS, INC., | ) Case No. 7:19-cv-00394-MFU |
| BAE SYSTEMS, INC., | ) |
| and | ) |
| BAE SYSTEMS ORDNANCE SYSTEMS, INC., | ) |
| Defendants. | ) |

**NORTHROP GRUMMAN INNOVATION SYSTEMS, INC.'S**
**OPPOSITION TO PLAINTIFF'S MOTION TO REMAND**

COMES NOW Defendant Northrop Grumman Innovation Systems, Inc. ("NGIS"), by counsel, and files this Opposition to Plaintiff's Motion to Remand and in support thereof states as follows:

NGIS consented to the removal of this matter from the Virginia Circuit Court for Montgomery County by Defendants BAE Systems, Inc. and BAE Systems Ordnance Systems Inc. (collectively, "BAE"), as set forth in the Notice of Removal. Plaintiff now requests that this Court remand this matter to the Virginia Circuit Court for Montgomery County, asserting that BAE failed to meet its burden for establishing federal subject matter jurisdiction.

NGIS opposes Plaintiff's Motion to Remand for the reasons set forth in BAE's Opposition to Plaintiff's Motion to Remand, and NGIS joins in their opposition and adopts the argument and

authority set forth therein as if set forth here in its entirety. NGIS respectfully requests that this Court find that is has subject matter jurisdiction over this matter and deny Plaintiff's Motion to Remand.

WHEREFORE, for the foregoing reasons, NGIS respectfully requests that this Court deny Plaintiff's Motion to Remand.

                                        Respectfully submitted,

                                        **NORTHROP GRUMMAN INNOVATION SYSTEMS, INC.**

                                        By:  <u>s/James K. Cowan, Jr.</u>

                                        James K. Cowan, Jr. (VSB 37163)
                                        Eric D. Chapman (VSB 86409)
                                        CowanPerry PC
                                        250 South Main Street, Suite 226
                                        Blacksburg, Virginia 24060
                                        Telephone: (540) 443-2850
                                        Facsimile: (888) 755-1450
                                        jcowan@cowanperry.com
                                        echapman@cowanperry.com

                                        *Counsel for Defendant*
                                        *Northrop Grumman Innovation Systems, Inc.*

<u>CERTIFICATE OF SERVICE</u>

The undersigned hereby certifies that a true and exact copy of the foregoing Opposition to Plaintiff's Motion to Remand was filed via ECF this 16th day of August 2019.

John R. Thomas, Jr., Esq.
Healy Hafemann Magee LLC
11 Franklin Road, S.W.
P.O. Box 8877
Roanoke, Virginia 24014
*jt@hhm.law*

John P. Fishwick, Esq.
Monica L. Mroz, Esq.
Carrol M. Ching, Esq.
Daniel J. Martin, Esq.
Fishwick & Associates PLC
30 Franklin Road, Suite 700
Roanoke, Virginia 24011
*john.fishwick@fishwickandassociates.com*
*monica.mroz@fishwickandassociates.com*
*carrol.ching@fishwickandassociates.com*
*daniel.martin@fishwickandassociates.com*

    *Counsel for Plaintiff, Jeffrey S. Meadows*

Thomas M. Winn, III, Esq. (VSB # 35758)
winn@woodsrogers.com
Joshua R. Treece, Esq. (VSB #79149)
jtreece@woodsrogers.com
WOODS ROGERS PLC
10 South Jefferson Street, Suite 1400
Roanoke, Virginia 24011
Telephone: (540) 983-7529
Facsimile: (540) 983-7711

    *Counsel for Defendants BAE Systems, Inc.*
    *and BAE Systems Ordnance Systems, Inc.*

                                         s/James K. Cowan, Jr.